LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| KEVIN JAMES BRAY SR., <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | No. EDCV 17 – 01385 PLA <br><br> <u>ORDER AWARDING EAJA FEES</u> |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FIVE HUNDRED SIXTY-EIGHT DOLLARS AND 86/100 ($2,568.86) subject to the terms of the stipulation.

DATE: July 12, 2018     _____

                                 HON. PAUL L. ABRAMS,
                                 UNITED STATES MAGISTRATE JUDGE